**Order filed April 2, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00067-CV

_____

## IN RE FORD MOTOR COMPANY AND THE SEWELL FAMILY OF COMPANIES, INC. D/B/A SEWELL FORD-LINCOLN

**Original Mandamus Proceeding**

### O R D E R

Relators, Ford Motor Company and the Sewell Family of Companies, Inc. d/b/a Sewell Ford-Lincoln have filed a petition for writ of mandamus with this court alleging that Respondent, the Honorable Jim Bobo, Judge of the County Court at Law of Ector County, Texas, has abused his discretion by denying Ford Motor Company's motion to disqualify Plaintiff's counsel in Cause No. CC-25797, styled *Erik Galindo, Plaintiff v. Ford Motor Company and the Sewell Family of Companies, Inc. d/b/a Sewell Ford-Lincoln, Defendants.* Relators have also filed an unopposed motion to stay all proceedings in the trial court pending a ruling in this court regarding Relators' petition for writ of mandamus. This court has

requested the Real Party in Interest, Erik Galindo, to file a response to Relators' petition on or before April 9, 2015.

In order to afford this court sufficient time to review the merits of Relators' petition and the response to be filed by Real Party in Interest, we grant a stay effective immediately of all proceedings in the trial court in Cause No. CC-25797, pending further order of this court. *See* TEX. R. APP. P. 52.10(b) (An appellate court may grant "any just relief" pending the disposition of an original petition.).

PER CURIAM

April 2, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.